IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IVAN DAVILA,

           Plaintiff,

v.

JOHN DOE 1, *et al.*,

           Defendants.

Case No. 24-cv-01740-SPM

## JUDGMENT IN A CIVIL ACTION

**MCGLYNN, District Judge:**

    This matter having come before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

    Plaintiff shall recover nothing, and this entire action is **DISMISSED without prejudice** for Plaintiff's failure to exhaust administrative remedies prior to filing the lawsuit.

    **DATED:** January 14, 2025

                                                               **MONICA A. STUMP,**
                                                             **Clerk of Court**

                                                             **By:** *s/ Megan Moyers*
                                                                       **Deputy Clerk**

**APPROVED:** *s/Stephen P. McGlynn*
                            **STEPHEN P. MCGLYNN**
                            **United States District Judge**